**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**PENG WANG,**

                              **Plaintiff,**

          **-against-**                                      **20-CV-7297 (ALC)**


**PRODIGY NETWORK, LLC, et al.,**                            <u>**DEFAULT JUDGMENT**</u>

                              **Defendants.**


**ANDREW L. CARTER, JR., United States District Judge:**

          On September 8, 2020, Plaintiff Peng Wang ("Plaintiff") filed a complaint against

Defendants Prodigy Network, LLC, 17 John Preferred, Inc., 1234 W Randolph NewCo, Inc.,

and 1400 N Orleans NewCo, Inc. ("Defendants.") (ECF No. 1.)   Plaintiff served the

Corporations' Registered Agents on September 10, 2020 and September 23, 2020. (ECF Nos.

12, 13, 14, 16.)   To date, Defendants have not answered or otherwise responded to the

Complaint.   On December 1, 2020, having obtained a clerk's certificate of default, Plaintiff

filed a Motion for Default Judgment against Defendants.   (ECF No. 23.)   The Court issued an

Ordered to Show Cause on December 2, 2020, directing Defendants to show cause in writing

why a default judgment for failure to move or otherwise answer the Complaint should not be

entered.   (ECF No. 27.)   The Order warned Defendants that failure to respond could be

grounds for the Court granting default judgment against Defendants.   (*Id.*)   Defendants did not

respond to the Court's Order.

          Accordingly, having considered the Memorandum of Law and Affidavit of Katherine

Burghardt Kramer, Esq., the Summons and Complaint previously filed in this action, and the

Affidavits of Service thereof, it is hereby **ORDERED** that judgment be entered in Plaintiff's

favor against Defendants on all counts of Plaintiff's Complaint as to liability.

**SO ORDERED.**

Dated:  **March 3, 2023**
       **New York, New York**

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**