UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PENG WANG,**<br><br>                           **Plaintiff,**<br><br>      -against-<br><br>**PRODIGY NETWORK, LLC, et al.,**<br><br>                      **Defendants.** | **20-CV-7297 (ALC)**<br><br>**<u>DEFAULT JUDGMENT</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

On September 8, 2020, Plaintiff Peng Wang ("Plaintiff") filed a complaint against Defendants Prodigy Network, LLC, 17 John Preferred, Inc., 1234 W Randolph NewCo, Inc., and 1400 N Orleans NewCo, Inc. ("Defendants.") (ECF No. 1.) Plaintiff served the Corporations' Registered Agents on September 10, 2020 and September 23, 2020. (ECF Nos. 12, 13, 14, 16.) To date, Defendants have not answered or otherwise responded to the Complaint. On December 1, 2020, having obtained a clerk's certificate of default, Plaintiff filed a Motion for Default Judgment against Defendants. (ECF No. 23.)

The Court issued an Order to Show Cause on December 2, 2020, directing Defendants to show cause in writing why a default judgment for failure to move or otherwise answer the Complaint should not be entered. (ECF No. 27.) The Order warned Defendants that failure to respond could be grounds for the Court granting default judgment against Defendants. (*Id.*) Defendants did not respond to the Court's Order and the Court entered a default judgment against Defendants as to liability on March 3, 2023. (ECF No. 37.)

The Court issued an Order to Show Cause on March 3, 2023, directing Defendants to show cause why an order should not be issued awarding Plaintiff her requested damages. (ECF

No. 38.) To date, Defendants have not responded to the Order to Show Cause.

Accordingly, it is hereby **ORDERED**, **ADJUDGED AND DECREED** that Plaintiff has judgment against Defendants in the amount (1) $1,600,000.00 in compensatory damages; (2) pre-judgment interest of 5% on $125,000, 7% on the remaining $375,000, and of 14% on the remaining $1,100,000, amounting to $381,730.14; and (3) costs and fees of this action in the amount of $626.00, for a total default judgment amount of $1,982,356.14.

The Clerk of Court is respectfully requested to enter judgment in Plaintiff's favor and close this case.

**SO ORDERED.**

**Dated:  March 31, 2023**
   **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**